UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-00132-01 & 02 |
| VERSUS | JUDGE HICKS |
| ERASMO AVILES, JR. (01) FRANCISCO GUARDIOLA (02) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 53), and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motions to Suppress (Docs. 33 and 36)** are **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 22nd day of February, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE